958

No. 74–682. CRETE CARRIER CORP. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. Neb.

No. 74–885. SUNUNU ET AL. *v.* STARK, SECRETARY OF STATE OF NEW HAMPSHIRE. Affirmed on appeal from D. C. N. H.

No. 74–794. HALPRIN ET AL. *v.* CALIFORNIA ET AL. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–6980. SWIGERT ET AL. *v.* MILLER ET AL. Appeal from Ct. App. Ohio, Hamilton County. Motion for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for further consideration in light of *Wood* v. *Strickland, ante,* p. 308.

No. ———. MARK TRAIL CAMP GROUNDS, INC. *v.* FIELD ENTERPRISES, INC., DBA PUBLISHERS-HALL SYNDICATE. C. A. 5th Cir. Motion of petitioner to reconsider denial of motion for leave to proceed *in forma pauperis* [419 U. S. 1043] denied.

---

*United States, infra,* p. 961; No. 74–5646, *Curry* v. *United States, infra,* p. 961; No. 74–5651, *Martinez* v. *United States, infra,* p. 961; No. 74–5658, *Marrocco* v. *United States, infra,* p. 961; No. 74–5664, *Hoog* v. *United States, infra,* p. 961; No. 74–5665, *Gaither* v. *United States, infra,* p. 961; No. 74–5674, *Villasencia-Garcia* v. *United States, infra,* p. 961; No. 74–5680, *Olmstead* v. *United States, infra,* p. 961; No. 74–5681, *Wright* v. *United States, infra,* p. 961; No. 74–5686, *Segura* v. *United States, infra,* p. 961; No. 74–5691, *Sloan* v. *United States, infra,* p. 961; No. 74–5607, *Crenshaw* v. *Wolff, Warden, infra,* p. 966; No. 74–5629, *Granillo* v. *United States, infra,* p. 966; and No. 74–5648, *Lyon* v. *United States, infra,* p. 966.